1  STEVEN H. GURNEE, ESQ. SB# 66056
   DAVID M. DANIELS, ESQ. SB# 170315
2  GURNEE & DANIELS LLP
   2240 Douglas Boulevard, Suite 150
3  Roseville, CA  95661-3805
   Telephone     (916) 797-3100
4  Facsimile     (916) 797-3131

5  AMY E. DIAS (pro hac vice motion pending)
   JONES DAY
6  500 Grant Street, Suite 3100
   Pittsburg, PA 15219-2502
7  Telephone:    (412) 391-3939
   Facsimile:    (412) 384-7959
8
   MATTHEW W. LAMPE (pro hac vice motion pending)
9  JONES DAY
   325 John H. McConnell Boulevard, Suite 600
10 Columbus, OH 43216-5017
   Telephone:    (614) 469-3939
11 Facsimile:    (614) 461-4198

12 Attorneys for Defendants
   ALDERWOODS GROUP, INC. and
13 SERVICE CORPORATION INTERNATIONAL

14                  UNITED STATES DISTRICT COURT

15                  NORTHERN DISTRICT OF CALIFORNIA

16

17 Deborah Prise, et al., on behalf of themselves   ) No.
   and all other employees similarly situated,      )
18                                                  )
                   Plaintiffs,                      ) **CERTIFICATE OF SERVICE OF**
19         vs.                                      ) **NOTICE TO ADVERSE PARTY OF**
                                                    ) **REMOVAL TO FEDERAL COURT**
20 Alderwoods Group, Inc., et al.                   )
                                                    )
21                 Defendants.                      )
                                                    )
22                                                  )
   _____)
23

24     I am a citizen of the United States. My business address is 2240 Douglas Boulevard, Suite

25 150, Roseville, California 95661. I am employed in the County of Placer where this mailing

26 occurs. I am over the age of 18 years, and not a party to the within cause. I am readily familiar

27 with my employer's normal business practice for collection and processing of correspondence for

28
                                             1
---
**CERTIFICATE OF SERVICE OF NOTICE TO ADVERSE PARTY OF REMOVAL TO FEDERAL COURT**

mailing with the U.S. Postal Service, and that practice is that correspondence is deposited with the U.S. Postal Service the same day as the day of collection in the ordinary course of business.

On the date set forth below, following ordinary business practice, I served the foregoing document(s) described as:

**Notice to State Court and Adverse Party of Removal of Civil Action from State Court to United States District Court for the Northern District of California**

on said date at my place of business, a true copy thereof enclosed in a sealed envelope prepaid for first-class mail for collection and mailing that same day in the ordinary course of business, addressed to the parties as follows:

| | |
|---|---|
| Sanford Jay Rosen<br>Rosen, Bien & Galvan, LLP<br>315 Montgomery Street, Tenth Floor<br>San Francisco, CA 94014<br>415-433-6830<br>415-433-7104 | Amy E. Dias<br>Jones Day<br>500 Grant Street, Suite 3100<br>Pittsburg, PA 15219-2502<br>412-391-3939<br>412-394-7959 |
| J. Nelson Thomas<br>Dolin, Thomas & Solomon LLP<br>693 East Avenue<br>Rochester, NY 14607<br>585-272-0540<br>585-272-0574 | Matthew W. Lampe<br>Jones Day<br>Post Office Box 165017<br>Columbus, OH 43216-5017<br>614-469-3939<br>614-461-4198 |
| Charles H. Saul<br>Margolis Edelstein<br>525 William Penn Place, Suite 3300<br>Pittsburg, PA 15219 | Attorneys for Defendant |

Attorneys for Plaintiff

I declare under penalty of perjury under the laws of the United State of America, that the above is true and correct.

Executed on October 5, 2007, at Roseville, California.

CANDACE NELSON

2

**CERTIFICATE OF SERVICE OF NOTICE TO ADVERSE PARTY OF REMOVAL TO FEDERAL COURT**