1  STEVEN H. GURNEE, ESQ. SB# 66056
   DAVID M. DANIELS, ESQ. SB# 170315
2  GURNEE & DANIELS LLP
   2240 Douglas Boulevard, Suite 150
3  Roseville, CA  95661-3805
   Telephone     (916) 797-3100
4  Facsimile      (916) 797-3131

5  AMY E. DIAS (pro hac vice motion pending)
   JONES DAY
6  500 Grant Street, Suite 3100
   Pittsburg, PA 15219-2502
7  Telephone:    (412) 391-3939
   Facsimile:    (412) 384-7959
8
   MATTHEW W. LAMPE (pro hac vice motion pending)
9  JONES DAY
   325 John H. McConnell Boulevard, Suite 600
10 Columbus, OH 43216-5017
   Telephone:    (614) 469-3939
11 Facsimile:    (614) 461-4198

12 Attorneys for Defendants
   ALDERWOODS GROUP, INC. and
13 SERVICE CORPORATION INTERNATIONAL

14
                    UNITED STATES DISTRICT COURT
15
                    NORTHERN DISTRICT OF CALIFORNIA
16

17 Deborah Prise, et al., on behalf of themselves   ) No.  C 07-05140 EDL
   and all other employees similarly situated,      )
18                                                  ) NOTICE OF MOTION TO DISMISS
                                                    ) FIRST AMENDED COMPLAINT [FRCP
19              Plaintiffs,                         ) 12(b)(6)];
        vs.                                         ) REQUEST FOR JUDICIAL NOTICE
20                                                  ) [FRE 201]
   Alderwoods Group, Inc., et al.                   )
21                                                  ) Date:   December 4, 2007
                                                    ) Time:   9:00 a.m.
22              Defendants.                         ) Ctrm:   E
                                                    )
23 _____          ) Trial Date:    None Set

24 TO THE PARTIES AND TO THEIR ATTORNEYS OF RECORD:

25      PLEASE TAKE NOTICE that on December 4, 2007 at 9:00 a.m., or as soon thereafter as

26 the matter may be heard in Courtroom E of the United States District, Northern District of

27

28

NOTICE OF MOTION TO DISMISS                                               Page 1
Case No. C 07-05140 EDL

California, located at 450 Golden Gate Avenue, San Francisco California, 94102, Defendants ALDERWOODS GROUP and SCI CALIFORNIA FUNERAL SERVICES, INC. will move the Court for an order to dismiss the First Amended Complaint pursuant to FRCP 12(b)(6).

The Motion will be based upon this Notice of Motion and Motion, the Memorandum of Points and Authorities filed herewith, and on the pleadings, records and files in this action.

Dated:  October 12, 2007                              GURNEE & DANIELS LLP

                                                By    s/Steven H. Gurnee
                                                      STEVEN H. GURNEE, ESQ.
                                                      DAVID M. DANIELS, ESQ.
                                                      Attorneys for Defendants
                                                      ALDERWOODS GROUP, INC. and
                                                      SERVICE CORPORATION
                                                      INTERNATIONAL