```
1  STEVEN H. GURNEE, ESQ. SB# 66056
   DAVID M. DANIELS, ESQ. SB# 170315
2  GURNEE & DANIELS LLP
   2240 Douglas Boulevard, Suite 150
3  Roseville, CA  95661-3805
   Telephone     (916) 797-3100
4  Facsimile     (916) 797-3131

5  AMY E. DIAS (pro hac vice motion pending)
   JONES DAY
6  500 Grant Street, Suite 3100
   Pittsburg, PA 15219-2502
7  Telephone:    (412) 391-3939
   Facsimile:    (412) 384-7959
8
   MATTHEW W. LAMPE (pro hac vice motion pending)
9  JONES DAY
   325 John H. McConnell Boulevard, Suite 600
10 Columbus, OH 43216-5017
   Telephone:    (614) 469-3939
11 Facsimile:    (614) 461-4198

12 Attorneys for Defendants
   ALDERWOODS GROUP, INC. and
13 SERVICE CORPORATION INTERNATIONAL
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Deborah Prise, et al., on behalf of themselves and all other employees similarly situated,<br><br>Plaintiffs,<br>vs.<br><br>Alderwoods Group, Inc., et al.<br><br>Defendants. | No. C 07-05140 EDL<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS ALDERWOODS GROUP, INC. and SERVICE CORPORATION INTERNATIONAL'S MOTION TO DISMISS**<br><br>Date:   December 4, 2007<br>Time:   9:00 a.m.<br>Ctrm:   E<br><br>Trial Date:   None Set |

Defendants ALDERWOODS GROUP, INC. and SERVICE CORPORATION INTERNATIONAL's Motion to dismiss came on for hearing before this Court.

[PROPOSED] ORDER RE DEFENDANTS' MOTION TO DISMISS                                Page 1
Case No. C 07-05140 EDL

1  After consideration of the briefs and arguments of counsel, and all other matters
2  presented to the Court:
3      IT IS HEREBY ORDERED that Defendants' Motion to Dismiss is granted.
4
5  Dated: _____    _____
6                                                                   Hon. Elizabeth D. LaPorte
                                                                  United States Magistrate Judge