STEVEN H. GURNEE, ESQ. SB# 66056
DAVID M. DANIELS, ESQ. SB# 170315
GURNEE & DANIELS LLP
2240 Douglas Boulevard, Suite 150
Roseville, CA  95661-3805
Telephone         (916) 797-3100
Facsimile         (916) 797-3131

AMY E. DIAS (pro hac vice motion pending)
JONES DAY
500 Grant Street, Suite 3100
Pittsburg, PA 15219-2502
Telephone:       (412) 391-3939
Facsimile:       (412) 384-7959

MATTHEW W. LAMPE (pro hac vice motion pending)
JONES DAY
325 John H. McConnell Boulevard, Suite 600
Columbus, OH 43216-5017
Telephone:       (614) 469-3939
Facsimile:       (614) 461-4198

Attorneys for Defendants
ALDERWOODS GROUP, INC. and
SERVICE CORPORATION INTERNATIONAL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Deborah Prise, et al., on behalf of themselves and all other employees similarly situated, <br><br> Plaintiffs, <br> vs. <br><br> Alderwoods Group, Inc., et al. <br><br> Defendants. | No.  C 07-05140 EDL <br><br> CERTIFICATE OF SERVICE <br><br> Trial Date:    None Set |

CERTIFICATE OF SERVICE                                                                                Page 1
Case No. C 07-05140 EDL

## PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF PLACER:

     I am a citizen of the United States. My business address is 2240 Douglas Boulevard, Suite 150, Roseville, California 95661. I am employed in the County of Placer where this mailing occurs. I am over the age of 18 years, and not a party to the within cause. I am readily familiar with my employer's normal business practice for collection and processing of correspondence for mailing with the U.S. Postal Service, and that practice is that correspondence is deposited with the U.S. Postal Service the same day as the day of collection in the ordinary course of business.

     On the date set forth below, following ordinary business practice, I served the foregoing document(s) described as:

| 1. | NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE FOR TRIAL; |
|----|------|
| 2. | FILING GUIDELINES |
| 3. | ECF REGISTRATION INFORMATION HANDOUT |
| 4. | Order Setting Initial Case Management Conference and ADR Deadlines |

on said date at my place of business, a true copy thereof enclosed in a sealed envelope prepaid for first-class mail for collection and mailing that same day in the ordinary course of business, addressed to the parties as follows:

Sanford Jay Rosen  
Rosen, Bien & Galvan, LLP  
315 Montgomery Street, Tenth Floor  
San Francisco, CA94014  
415-433-6830  
415-433-7104  

Amy E. Dias  
Jones Day  
500 Grant Street, Suite 3100  
Pittsburg, PA 15219-2502  
412-391-3939  
412-394-7959  

J. Nelson Thomas  
Dolin, Thomas & Solomon LLP  
693 East Avenue  
Rochester, NY 14607  
585-272-0540  
585-272-0574  

Matthew W. Lampe  
Jones Day  
Post Office Box 165017  
Columbus, OH 43216-5017  
614-469-3939  
614-461-4198  

Charles H. Saul  
Margolis Edelstein  
525 William Penn Place, Suite 3300  
Pittsburg, PA 15219  

Attorneys for Defendant

Attorneys for Plaintiff

[X]  (BY MAIL) I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States mail at Roseville, California.

[]  (BY PERSONAL SERVICE) I caused such envelope(s) to be delivered by hand this date to the offices of the addressee(s).

[]  (BY OVERNIGHT DELIVERY) I caused such envelope(s) to be delivered to an overnight delivery carrier with delivery fees provided for, addressed to the person(s) on whom it is to be served.

1  []   (BY ELECTRONIC TRANSMISSION) I caused such document(s) to be sent electronically to the above named at the e-mail addresses indicated.

2

3  [X]  (STATE) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

4  Executed on October 11, 2007, at Roseville, California.

5

6                                        CANDACE NELSON