1 | STEVEN H. GURNEE, ESQ. SB# 66056
DAVID M. DANIELS, ESQ. SB# 170315
2 | GURNEE & DANIELS LLP
2240 Douglas Boulevard, Suite 150
3 | Roseville, CA 95661-3805
Telephone    (916) 797-3100
4 | Facsimile    (916) 797-3131

5 | AMY E. DIAS (pro hac vice motion pending)
JONES DAY
6 | 500 Grant Street, Suite 3100
Pittsburg, PA 15219-2502
7 | Telephone:    (412) 391-3939
Facsimile:    (412) 384-7959

8 | MATTHEW W. LAMPE (pro hac vice motion pending)
9 | JONES DAY
325 John H. McConnell Boulevard, Suite 600
10 | Columbus, OH 43216-5017
Telephone:    (614) 469-3939
11 | Facsimile:    (614) 461-4198

12 | Attorneys for Defendants
ALDERWOODS GROUP, INC. and
13 | SERVICE CORPORATION INTERNATIONAL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Deborah Prise, et al., on behalf of themselves and all other employees similarly situated, | No. C 07-05140 EDL |
| Plaintiffs, | CERTIFICATE OF SERVICE |
| vs. | |
| Alderwoods Group, Inc., et al. | |
| Defendants. | Trial Date: None Set |

**CERTIFICATE OF SERVICE**
Case No. C 07-05140 EDL

Page 1

PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF PLACER:

    I am a citizen of the United States. My business address is 2240 Douglas Boulevard, Suite 150, Roseville, California 95661. I am employed in the County of Placer where this mailing occurs. I am over the age of 18 years, and not a party to the within cause. I am readily familiar with my employer's normal business practice for collection and processing of correspondence for mailing with the U.S. Postal Service, and that practice is that correspondence is deposited with the U.S. Postal Service the same day as the day of collection in the ordinary course of business.

    On the date set forth below, following ordinary business practice, I served the foregoing document(s) described as:

| | |
|---|---|
| 1. | **NOTICE OF MOTION TO DISMISS FIRST AMENDED COMPLAINT [FRCP 12(b)(6)]; REQUEST FOR JUDICIAL NOTICE [FRE 201]** |
| 2. | **MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS** |
| 3. | **REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO DISMISS FIRST AMENDED COMPLAINT [FRE 201(b)]** |
| 4. | **NON-CALIFORNIA AUTHORITIES AND CASES CITED TO ELECTRONIC DATABASES IN SUPPORT OF MOTION TO DISMISS FIRST AMENDED COMPLAINT** |
| 5. | **[PROPOSED] ORDER GRANTING DEFENDANTS ALDERWOODS GROUP, INC. and SERVICE CORPORATION INTERNATIONAL'S MOTION TO DISMISS** |

on said date at my place of business, a true copy thereof enclosed in a sealed envelope prepaid for first-class mail for collection and mailing that same day in the ordinary course of business, addressed to the parties as follows:

J. Nelson Thomas
Dolin, Thomas & Solomon LLP
693 East Avenue
Rochester, NY 14607
585-272-0540
585-272-0574

Charles H. Saul
Margolis Edelstein
525 William Penn Place, Suite 3300
Pittsburg, PA 15219

Attorneys for Plaintiff

[X]    (BY MAIL) I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States mail at Roseville, California.

[ ]    (BY PERSONAL SERVICE) I caused such envelope(s) to be delivered by hand this date to the offices of the addressee(s).

| | | |
|---|---|---|
|1| [ ] | (BY OVERNIGHT DELIVERY) I caused such envelope(s) to be delivered to an overnight delivery carrier with delivery fees provided for, addressed to the person(s) on whom it is to be served. |
|2| | |
|3| [ ] | (BY ELECTRONIC TRANSMISSION) I caused such document(s) to be sent electronically to the above named at the e-mail addresses indicated. |
|4| [X] | (STATE) I declare under penalty of perjury under the laws of the State of California that the above is true and correct. |

Executed on October 15, 2007, at Roseville, California.

*[signature]*

CANDACE NELSON