**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

10
11  DEBORAH PRISE, et al.,

                No. C 07-05140 EDL

12

        Plaintiffs,

13

**DECLINATION TO PROCEED BEFORE**
14                                      **A MAGISTRATE JUDGE**
                            **AND**
15    v.                      **REQUEST FOR REASSIGNMENT TO**
                    **A UNITED STATES DISTRICT JUDGE**
16  ALDERWOODS GROUP, INC., et al.,

17          Defendants.

     _____/
18

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE
19

     The undersigned party in the above-captioned civil matter hereby declines to consent to the
20
assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests
21
the reassignment of this case to a United States District Judge.
22
23
24  Dated: October 26, 2007

                      _____
25                                      Signature

26
                      Counsel for Alderwoods Group, Inc.
27                                      (Name or party or indicate "pro se")

28