IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBORAH PRISE, et al., | No. C 07-05140 MJJ |
| Plaintiff, | **Clerk's Notice Scheduling Case Management Conference on Reassignment** |
| v. | |
| ALDERWOODS GROUP INC., et al. | |
| Defendant. | |

(Plaintiff shall serve a copy of this notice on any party in the above-entitled action not appearing on the attached certificate of service)

YOU ARE NOTIFIED THAT the Court has scheduled an *Initial Case Management Conference* for **Tuesday, 03/25/08** at **2:00 PM** before the Honorable Martin J. Jenkins upon reassignment. Please report to Courtroom 11, on the 19th Floor, U.S. District Courthouse, 450 Golden Gate Avenue, San Francisco, CA 94102. Not less than 10 days prior, counsel shall submit a joint case management conference statement.

For a copy of Judge Jenkins' Standing Order and other information, please refer to the Court's website at **www.cand.uscourts.gov**. All pending motions will be taken off-calendar and must be re-noticed for a Tuesday morning at 9:30 AM. Please refer to the Court's website for available motion hearing dates.

Dated: October 31, 2007                        FOR THE COURT,

                                               Richard W. Wieking, Clerk
                                               By: _____
                                               R. B. Espinosa
                                               Deputy Clerk