STEVEN H. GURNEE, ESQ. SB# 66056
DAVID M. DANIELS, ESQ. SB# 170315
GURNEE & DANIELS LLP
2240 Douglas Boulevard, Suite 150
Roseville, CA  95661-3805
Telephone     (916) 797-3100
Facsimile     (916) 797-3131

AMY E. DIAS (pro hac vice motion pending)
JONES DAY
500 Grant Street, Suite 3100
Pittsburg, PA 15219-2502
Telephone:     (412) 391-3939
Facsimile:     (412) 384-7959

MATTHEW W. LAMPE (pro hac vice motion pending)
JONES DAY
325 John H. McConnell Boulevard, Suite 600
Columbus, OH 43216-5017
Telephone:     (614) 469-3939
Facsimile:     (614) 461-4198

Attorneys for Defendants
ALDERWOODS GROUP, INC. and
SERVICE CORPORATION INTERNATIONAL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Deborah Prise, et al., on behalf of themselves and all other employees similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>Alderwoods Group, Inc., et al.<br><br>Defendants. | No.  C 07-05140 EDL<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS ALDERWOODS GROUP, INC. and SERVICE CORPORATION INTERNATIONAL'S MOTION TO DISMISS**<br><br>Date:     December 18, 2007<br>Time:     9:30 a.m.<br>Ctrm:     11<br><br>Trial Date:     None Set |

Defendants ALDERWOODS GROUP, INC. and SERVICE CORPORATION

INTERNATIONAL's Motion to dismiss came on for hearing before this Court.

**[PROPOSED] ORDER RE DEFENDANTS' MOTION TO DISMISS**                    **Page 1**
**Case No. C 07-05140 EDL**

After consideration of the briefs and arguments of counsel, and all other matters presented to the Court:

IT IS HEREBY ORDERED that Defendants' Motion to Dismiss is granted.

Dated: _____     _____
                                  Hon. Martin J. Jenkins
                                  United States District Judge

**[PROPOSED] ORDER RE DEFENDANTS' MOTION TO DISMISS**
**Case No. C 07-05140 EDL**                                    **Page** 2