1  David M. Daniels
   Steven H. Gurnee
2  Gurnee & Daniels, LLP
   2240 Douglas Boulevard., Suite 150
3  Roseville, CA 95661-3875
   Telephone: (916) 797-3100
4  Facsimile: (916) 797-3131

5  Amy E. Dias (*pro hac vice* motion pending)
   aedias@jonesday.com
6  JONES DAY
   500 Grant Street, Suite 3100
7  Pittsburgh, PA 15219-2502
   Telephone: (412) 391-3939
8  Facsimile: (412) 394-7959

9  Matthew W. Lampe (*pro hac vice* motion pending)
   mwlampe@jonesday.com
10 JONES DAY
   222 East 41st Street
11 New York, NY 10017-6702
   Telephone: (212) 326-8338
12 Facsimile: (212) 755-7306

13 Attorneys for Defendants
   Alderwoods Group, Inc. and
14 Service Corporation International

**RECEIVED**

NOV - 1 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

### UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **In re:** | **CASE NO.** CV 07-05140 MJJ |
| **Deborah Prise and Heather Rady,** | |
| Plaintiffs, | **(PROPOSED)** |
| vs. | **ORDER GRANTING APPLICATION FOR ADMISSION OF MATTHEW W. LAMPE** |
| **Alderwoods Group, Inc., et al.,** | ***PRO HAC VICE*** |
| Defendants. | |

Matthew W. Lampe, an active member in good standing of the bar of the State of Ohio, whose business address is: Jones Day, 222 East 41st Street, New York, New York 10017-6702

NYI-4036643v1
CV 07-05140 MJJ                - 1 -

1    and telephone number is: (212) 326-8338, having applied in the above-entitled action for
2    admission to practice in the Northern District of California on a *pro hac vice* basis, representing
3    Alderwoods Group, Inc. and Service Corporation International,
4        IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and
5    conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac*
6    *vice*. Service of papers upon and communication with co-counsel designated in the application
7    will constitute notice to the party. All future filings in this action are subject to the requirements
8    contained in General Order NO. 45, *Electronic Case Filing*.

10   Dated: ~~October~~ November 6, 2007

12   _____
     United States District/Magistrate Judge

NY1-4036643v1

- 2 -