David M. Daniels
Steven H. Gurnee
Gurnee & Daniels, LLP
2240 Douglas Boulevard., Suite 150
Roseville, CA 95661-3875
Telephone: (916) 797-3100
Facsimile: (916) 797-3131

Amy E. Dias (*pro hac vice* motion pending)
aedias@jonesday.com
JONES DAY
500 Grant Street, Suite 3100
Pittsburgh, PA 15219-2502
Telephone: (412) 391-3939
Facsimile: (412) 394-7959

Matthew W. Lampe (*pro hac vice* motion pending)
mwlampe@jonesday.com
JONES DAY
325 John H. McConnell Boulevard, Suite 600
P.O. Box 165017
Columbus, OH 43216-5017
Telephone:    (614) 469-3939
Facsimile:    (614) 461-4198

Attorneys for Defendants
Alderwoods Group, Inc. and Service Corporation International

RECEIVED
NOV - 1 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **In re:** | CASE NO. CV 07-05140 MJJ |
| **Deborah Prise and Heather Rady,** | |
| Plaintiffs, | (~~PROPOSED~~) |
| vs. | **ORDER GRANTING APPLICATION FOR ADMISSION OF AMY E. DIAS** *PRO HAC VICE* |
| **Alderwoods Group, Inc., et al.,** | |
| Defendants. | |

Amy E. Dias, an active member in good standing of the bar of the Commonwealth of Pennsylvania, whose business address is: Jones Day, 500 Grant Street, Suite 3100, Pittsburgh,

PII-1164739v1
CV 07-05140 MJJ                                      - 1 -

1  Pennsylvania 15219 and telephone number is: (412) 394-7915, having applied in the above-
2  entitled action for admission to practice in the Northern District of California on a *pro hac vice*
3  basis, representing Alderwoods Group, Inc. and Service Corporation International,
4      IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and
5  conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac*
6  *vice*. Service of papers upon and communication with co-counsel designated in the application
7  will constitute notice to the party. All future filings in this action are subject to the requirements
8  contained in General Order NO. 45, *Electronic Case Filing*.

10 Dated: ~~October~~ November 6, 2007

12  _____
    United States District Magistrate Judge

PH-1164739v1

- 2 -