1  Sanford Jay Rosen, SBN 62566
   Maria V. Morris, SBN 223903
2  Lori E. Rifkin, SBN 244081
   ROSEN, BIEN & GALVAN, LLP
3  315 Montgomery Street, Tenth Floor
   San Francisco, CA 94104
4  Telephone: (415) 433-6830;
5  Facsimile: (415) 433-7104
   srosen@rbg-law.com
6
   [Additional Counsel Listed on Following Page]
7
   Attorneys for Plaintiffs
8

9

10                     UNITED STATES DISTRICT COURT

11                     NORTHERN DISTRICT OF CALIFORNIA

12 | WILLIAM HELM, DEBORAH PRISE, | Case No. C 07-05140 MJJ
   | HEATHER P. RADY, et al., on behalf of
13 | themselves and all other employees and former
   | employees similarly situated,
14 |
   |         Plaintiffs,                          | **Notice of Voluntary Dismissal**
15 |
   |    v.
16 |
   | SERVICE CORPORATION NTERNATIONAL
17 | and ALDERWOODS GROUP, INC.,
18 |
   |         Defendants.

19

20

21

22

23

24

25

26

27

28

---
-1-
NOTICE OF VOLUNTARY DISMISSAL
Case No. 07-05140 MJJ

| | |
|---|---|
| 1 | Additional Attorneys for Plaintiffs who have not yet applied to be admitted *pro hac vice*: |
| 2 | |
| 3 | J. Nelson Thomas, NY Attorney No. 2579159<br>Patrick J. Solomon, NY Attorney No. 2716660 |
| 4 | Michael J. Lingle, NY Attorney No. 3925765<br>Justin Cordello, NY Attorney No. 4131447 |
| 5 | Annette Gifford, NY Attorney No. 4105870<br>DOLIN, THOMAS & SOLOMON LLP |
| 6 | 693 East Avenue, Rochester, NY 14607<br>Telephone: (585) 272-0540; |
| 7 | Facsimile: (585) 272-0574<br>nthomas@theemploymentattorneys.com |
| 8 | |
| 9 | Charles H. Saul, PA SBN 19938<br>Liberty J. Weyandt, PA SBN 87654 |
| 10 | MARGOLIS EDELSTEIN<br>525 William Penn Place, Suite 3300 |
| 11 | Pittsburgh, PA 15219<br>Telephone: (412) 281-4256; |
| 12 | Facsimile: (412) 642-2380<br>csaul@margolisedelstein.com |

**NOTICE OF VOLUNTARY DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41(a)(1), it is hereby stipulated that plaintiffs in the above-captioned action hereby discontinue their claims without prejudice.

Respectfully Submitted,

ROSEN, BIEN & GALVAN, LLP

Dated: November 28, 2007

By: _/s/ Lori Rifkin_

Sanford Jay Rosen, State Bar No. 62566
Maria V. Morris, State Bar No. 223903
Lori E. Rifkin, State Bar No. 244081
315 Montgomery Street, Tenth Floor
San Francisco, CA 94104
Telephone: (415) 433-6830

DOLIN, THOMAS & SOLOMON LLP
J. Nelson Thomas, NY Attorney No. 2579159
Patrick J. Solomon, NY Attorney No. 2716660
Michael J. Lingle, NY Attorney No. 3925765
Justin Cordello, NY Attorney No. 4131447
Annette Gifford, NY Attorney No. 4105870
693 East Avenue
Rochester, NY 14607
Telephone: (585) 272-0540

MARGOLIS EDELSTEIN
Charles H. Saul, PA State Bar No.19938
Liberty J. Weyandt, PA State Bar No. 87654
525 William Penn Place, Suite 3300
Pittsburgh, PA 15219
Telephone: (412) 281-4256
Attorneys for Plaintiffs